IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 10 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA, Petitioner
v.
A. ABED SALEH, Respondent

MISC. No. MISC 06-0185

**ORDER TO SHOW CAUSE**

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Shawn Skene, Revenue Officer of the Internal Revenue Service, and upon the motion of Robert Clark Corrente, United States Attorney for the District of Rhode Island, it is

ORDERED that the respondent appear before the United States District Court for the District of Rhode Island presided over by the undersigned on the 14th day of April, 2006, at 10:00 A.M, to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on August 29, 2005. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, including the declaration, be served by the United States Marshal's Service or otherwise in accordance with Rule 4 (c)(2) of the Federal Rules of Civil Procedure upon A. Abed Saleh on or before April 1, 2006.

It is further

ORDERED that within five days of service of copies of this Order, the petition, exhibits and declaration upon A. Abed Saleh, the respondent shall file and serve a written response to the petition supported by appropriate affidavit as well as any motions the respondent desires to make.

All motions and issues raised by the respondent will be considered upon the return date of the Order.

Only those issues raised by motion or brought into controversy by the responsive pleading and supported by affidavit will be considered at the return of this Order and any uncontested allegations in the petition will be considered as admitted. It is further,

ORDERED that if the respondent, A. Abed Saleh, fails to file written objections in opposition to compliance with the summons served on him, he may, at least three (3) business days prior to the hearing scheduled above, notify the Assistant United States Attorney for the District of Rhode Island, whose signature appears on the petition, of that fact and he will not be required to appear as ordered above and the Court will enter an Enforcement Order and Judgment designating the time and place where he is to appear and comply with the Internal Revenue Service administrative summons.

DATED at Providence, Rhode Island on this 17th day of March, 2006.

David L. Martin
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE