IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | : | |
| vs. | : | MISC. No. 06-018S |
| A. ABED SALEH, Respondent | : | |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

Now comes the United States of America, by its attorneys, and withdraws its Petition to Enforce Internal Revenue Service Summons without prejudice for the reason that the United States Marshal's Service has been unable to effectuate service of process on the respondent (see copy of form USM-285 attached hereto).

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>Misc. 06-018S |
| DEFENDANT<br>A. Abed Saleh | TYPE OF PROCESS<br>Order to Show Cause/Petition |

RECEIVED
2006 MAR 21 A 9:47
MARSHAL'S OFFICE
DISTRICT OF R.I.

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
A. Abed Saleh

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
8 Howard Avenue, Pawtucket, RI 02860

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold — Fold

PLEASE SERVE ON OR BEFORE 4/1/06

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF<br>☐ DEFENDANT | 401/709-5000 | 3-20-06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 03/27/06 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)* | Date / Time ☐ am ☐ pm<br>Signature of U.S. Marshal or Deputy<br>C. Moore |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $ 180.00 | $ 21.36 | | $ 201.36 | | $0.00 |

REMARKS:
No one home 3/23/06 1530 hrs C. Moore — No answer 0652 hrs 4/3/06 C. Moore
No one home 3/24/06 1057 hrs C. Moore
No one home 3/31/06 0710 hrs C. Moore — 12 mi. ea.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

1469
JJ235
AE373

Form USM-285
Rev. 12/15/80
Automated 01/00