IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
APR 10 2006

UNITED STATES OF AMERICA, Petitioner

vs. MISC. No. 06-018S

A. ABED SALEH, Respondent

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

Now comes the United States of America, by its attorneys, and withdraws its Petition to Enforce Internal Revenue Service Summons without prejudice for the reason that the United States Marshal's Service has been unable to effectuate service of process on the respondent (see copy of form USM-285 attached hereto).

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

A. MARTIN
4/11/06

Granted. The Order to Show Cause of 3/17/06 is vacated.
David L Martin
USMJ
4-13-06